**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| COLLEEN WITMER, Individually and On Behalf of All Others Similarly Situated, | Civil Action No.: 18-4265(KM)(MAH) |
| Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| VALIDUS HOLDINGS, LTD., ED NOONAN, MAHMOUD ABDALLAH, MICHAEL CARPENTER, MATTHEW GRAYSON, JEFFREY GREENBERG, KARIN KIRTLER-GARVEY, JOHN HENDRICKSON, JEAN-MARIE NESSI, MANDAKINI PURI, GAIL ROSS, THERESE VAUGHAN, and CHRISTOPHER WATSON, | CLASS ACTION |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that Plaintiff Colleen Witmer, by and through her undersigned attorneys, hereby voluntarily dismisses the above-captioned action with prejudice as to Plaintiff only pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

**LITE DEPALMA GREENBERG, LLC**

Dated: June 14, 2018

By: */s/ Bruce D. Greenberg*
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
bgreenberg@litedepalma.com

SO ORDERED

Kevin McNulty, **U.S.D.J.**

Date: 6/15/18